# United States Bankruptcy Court
## Southern District of Alabama

In re **Deridre Craig**  
Debtor(s)

Case No. **14-01117**  
Chapter **13**

## SUMMARY OF AMENDMENTS TO CHAPTER 13 PLAN

Comes now the Debtor(s) in this proceeding and hereby amend(s) the Chapter 13 plan filed **4/7/14** as follows:

1. Changes the amount of the monthly payment **to** __ per __ for __ months UNCHANGED.

2. Changes the treatment of **Mobile County Commission (MCC)** as follows:

Delete provision for MCC at par. 13(f) with regard to MCC's debt secured by a 2nd mortgage on 1714 Perch Drive, Mobile, AL 36605. Said property was foreclosed before commencement of case, and MCC will be treated instead as a general, unsecured claim at par 10 of the plan.

Date: **July 16, 2014**

**/s/ Deridre Craig**  
**Deridre Craig**

**/s/ Theodore L. Hall**  
**Theodore L. Hall ASB-7310-L74T**